**Dismissed and Opinion Filed October 19, 2023**



In The

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-23-00728-CV

**AGUSTIN SANTOYO, Appellant**

**V.**

**OLGA CARRENO, Appellee**

**On Appeal from the 95th District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-03089**

## MEMORANDUM OPINION

Before Justices Partida-Kipness, Reichek, and Breedlove
Opinion by Justice Partida-Kipness

Before the Court is appellant's unopposed motion to voluntarily dismiss this appeal because the parties have settled their dispute. We grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

/Robbie Partida-Kipness/
ROBBIE PARTIDA-KIPNESS
JUSTICE

230728F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

AGUSTIN SANTOYO, Appellant

No. 05-23-00728-CV      V.

OLGA CARRENO, Appellee

On Appeal from the 95th District Court, Dallas County, Texas
Trial Court Cause No. DC-19-03089.
Opinion delivered by Justice Partida-Kipness. Justices Reichek and Breedlove participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Subject to any agreement between the parties, it is **ORDERED** that appellee OLGA CARRENO recover her costs of this appeal from appellant AGUSTIN SANTOYO.

Judgment entered October 19, 2023